```
                           United States Bankruptcy Court
                           Southern District of Florida
In re:                                                              Case No. 19-24100-RAM
Yania Castro Bustamante                                             Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: valenciay            Page 1 of 2          Date Rcvd: Oct 22, 2019
                              Form ID: 309A              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
db             +Yania Castro Bustamante,   11715 SW 18 St, #206,   Miami, FL 33175-1692
95374972       +Bby/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
95374973       +Bk Of Amer,   4909 Savarese Cir,   Tampa, FL 33634-2413
95374977       +Chase Auto,   Po Box 901003,   Ft Worth, TX 76101-2003
95374981       +Courtesy Property Management,   Po Box 628207,   Orlando, FL 32862-8207
95374983       +Debski & Associates, P.A,   PO Box 47718,   Jacksonville, FL 32247-7718
95374985       +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
95374987       +Pennymac Loan Services,   6101 Condor Dr,   Moorpark, CA 93021-2602
95374993       +Us Dep Ed,   Po Box 5609,   Greenville, TX 75403-5609
95374994       +World Omni F,   Po Box 91614,   Mobile, AL 36691-1614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bk@coronapa.com Oct 23 2019 01:43:27      Ricardo Corona, Esq.,
                 3899 NW 7 St, Second Floor,   Miami, FL  33126
tr             +EDI: FJLTABAS Oct 23 2019 05:13:00      Joel L Tabas,   25 SE 2nd Avenue,   Suite 248,
                 Miami, FL 33131-1508
smg             EDI: FLDEPREV.COM Oct 23 2019 05:13:00      Florida Department of Revenue,   POB 6668,
                 Tallahassee, FL  32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Oct 23 2019 01:44:34      Office of the US Trustee,
                 51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
95374970       +EDI: AMEREXPR.COM Oct 23 2019 05:13:00      Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
95374971        EDI: BANKAMER.COM Oct 23 2019 05:13:00      Bankamerica,   Po Box 982238,   El Paso, TX 79998
95374975        EDI: CAPITALONE.COM Oct 23 2019 05:13:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
95374974       +EDI: CAPITALONE.COM Oct 23 2019 05:13:00      Cap1/ymaha,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
95374976       +EDI: CAPONEAUTO.COM Oct 23 2019 05:13:00      Capital One Auto Finan,   3901 Dallas Pkwy,
                 Plano, TX 75093-7864
95374978       +EDI: CHASE.COM Oct 23 2019 05:13:00      Chase Card,   P.o. Box 15298,
                 Wilmington, DE 19850-5298
95374979       +EDI: WFNNB.COM Oct 23 2019 05:13:00      Comenitybank/victoria,   Po Box 182789,
                 Columbus, OH 43218-2789
95374980       +EDI: WFNNB.COM Oct 23 2019 05:13:00      Comenitycap/alphcos,   Po Box 182120,
                 Columbus, OH 43218-2120
95374982       +EDI: CRFRSTNA.COM Oct 23 2019 05:13:00      Credit First N A,   6275 Eastland Rd,
                 Brookpark, OH 44142-1399
95374984       +EDI: TSYS2.COM Oct 23 2019 05:13:00      Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
95374986       +EDI: FORD.COM Oct 23 2019 05:13:00      Frd Motor Cr,   Po Box Box 542000,
                 Omaha, NE 68154-8000
95374988       +EDI: SEARS.COM Oct 23 2019 05:13:00      Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
95374989       +EDI: RMSC.COM Oct 23 2019 05:13:00      Syncb/amazon,   Po Box 965015,   Orlando, FL 32896-5015
95374990       +EDI: RMSC.COM Oct 23 2019 05:13:00      Syncb/gap,   Po Box 965005,   Orlando, FL 32896-5005
95374991       +EDI: WTRRNBANK.COM Oct 23 2019 05:13:00      Td Bank Usa/targetcred,   Po Box 673,
                 Minneapolis, MN 55440-0673
95374992       +EDI: CITICORP.COM Oct 23 2019 05:13:00      Thd/cbna,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                   Signature:  /s/Joseph Speetjens

```
District/off: 113C-1          User: valenciay              Page 2 of 2                  Date Rcvd: Oct 22, 2019
                              Form ID: 309A                Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
              Joel L Tabas     JLT@tfsmlaw.com,
               kborrego@tabassoloff.com;jcepero@tabassoloff.com;lshortino@tabassoloff.com;jlt@trustesolutions.ne
               t
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Ricardo  Corona, Esq.    on behalf of Debtor Yania  Castro Bustamante bk@coronapa.com,
               rcorona@coronapa.com
                                                                                                 TOTAL: 3
```

| Information to identify the case: | | | Social Security number or ITIN | xxx–xx–6605 |
|---|---|---|---|---|
| Debtor 1 | Yania Castro Bustamante | | EIN | _ _–_ _ _ _ _ _ _ |
| | First Name   Middle Name   Last Name | | | |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN | _ _ _ _ |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of Florida | | Date case filed for chapter 7 | 10/21/19 |
| Case number: | 19–24100–RAM | | | |

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

<u>WARNING TO DEBTOR:</u> WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE–BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Yania Castro Bustamante | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 11715 SW 18 St, #206<br>Miami, FL 33175 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and Address | Ricardo Corona Esq.<br>3899 NW 7 St, Second Floor<br>Miami, FL 33126 | Contact Phone 305–547–1234 |
| 5. | **Bankruptcy Trustee**<br>Name and Address | Joel L Tabas<br>25 SE 2nd Avenue<br>Suite 248<br>Miami, FL 33131 | Contact Phone 305–375–8171 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (305) 714–1800 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** The clerk's office is closed on all legal holidays.<br><br>Clerk of Court: <u>**Joseph Falzone**</u><br>Dated: <u>**10/22/19**</u> |

**For more information, see page 2 >**

Debtor **Yania Castro Bustamante**　　　　　　　　　　　　　　　　　　　　　Case number **19–24100–RAM**

| 7. ** MEETING OF CREDITORS ** | **November 26, 2019** at **09:30 AM** | **\*\*LOCATION:** |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government–issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Claude Pepper Federal Bldg, 51 SW First Ave Room 102, Miami, FL 33130** |
| **8. Presumption of Abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9. Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing Deadline:** 1/27/20 |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient.<br><br>A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | **You must file a complaint:**<br>　if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>　if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion** if you assert that<br>　the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| **10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| **11. Proof of Claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. If this case is converted from chapter 13, under Local Rules 1019–1(E) and 3002–1(A) it has been designated as a no asset case at this time. | |
| **12. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **13. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| **14. Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |

Local Form 309A USBC SDFL (Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline**　　　　page **2**