UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                              CASE NO.: 19-24100-BKC-RAM
                                                                    Chapter 7
**YANIA CASTRO BUSTAMANTE**
SSN: XXX-XX-6605

_____Debtor._____/

### RE- NOTICE OF TAKING RULE 2004 EXAMINATION

**TO:**   Yania Castro Bustamante
         c/o Ricardo Corona, Esq.
         3899 NW 7th St., Second Floor
         Miami, FL 33126

**PLEASE TAKE NOTICE** that the undersigned attorney will take the Rule 2004 Examination of:

**NAME:**   Yania Castro Bustamante

**DATE:**   February 20, 2020

**TIME:**   1:00 p.m.

**PLACE:**  Tabas & Soloff, P.A.
            Ingraham Building
            25 SE 2nd Ave, Suite 248
            Miami, FL 33131

The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

CASE NO.: 19-24100-BKC-RAM

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 23, 2020, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Yania Castro Bustamante
11715 SW 18 St, #206
Miami, FL 33175

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Fla. Bar No. 516902
Tabas & Soloff, P.A.
Attorneys for Trustee, Joel L. Tabas
25 SE 2nd Ave, Suite 248
Miami, FL 33131
Telephone:    (305) 375-8171
Facsimile:     (305) 381-7708
E-mail: jtabas@tabassoloff.com

*INTERESTED PARTIES SHOULD CONTACT THE ATTORNEY FOR THE TRUSTEE IN ORDER TO CONFIRM THE DATE AND TIME OF THE DEPOSITION*

**EXAMINEE IS RESPONSIBLE FOR PROVIDING CERTIFIED TRANSLATOR IF NEEDED**

**The Trustee reserves the right to request additional documents as its investigation continues, as the Examination proceeds, as additional issues are uncovered, and as clarifications are required.**