IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                          CASE NO. 19-24100-RAM

YANIA CASTRO BUSTAMANTE                    CHAPTER 7

Debtor,
_____/

## MOTION TO ALLOW LATE-FILED REAFFIRMATION AGREEMENT

Debtor, YANIA CASTRO BUSTAMANTE, by and through the undersigned attorney and files this Motion to Allow Late-Filed Reaffirmation Agreement and as grounds for this Motion would state as follows:

1. Debtor filed her Chapter 7 bankruptcy petition on October 1, 2019.

2. Debtor has a first mortgage on his homestead property which she is retaining and reaffirming, and this mortgage is serviced by PennyMac Loan Services, LLC. (hereinafter "Creditor")

3. The Debtor has been in communication with the Creditor about the reaffirmation agreement on her homestead.

4. Due to the circumstances of Coronavirus pandemic, the reaffirmation agreement has not been timely filed.

5. The Debtor received her discharge on April 15, 2020.  DE 42

6. Both parties, especially Debtor YANIA CASTRO BUSTAMANTE would be highly prejudiced if the Reaffirmation Agreement is not allowed and approved.

7. The present motion is made in good faith and not with the intention to delay the present case.

8. No creditor will be affected if this court grants the present motion.
.

**WHEREFORE,** Debtor, YANIA CASTRO BUSTAMANTE requests from this court to allow the late-filed reaffirmation agreement, approve the reaffirmation agreement and for such

further relief as the court deems necessary.

      CORONA LAW FIRM, P.A.

      /s/ Ricardo Corona, Esq
      RICARDO CORONA, ESQ.
      Florida Bar No. 111333
      3899 NW 7 Street, Suite 202-B
      Miami, FL 33126
      (305) 266-1150 Phone
      (888) 554-5607 Fax
      bk@coronapa.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true copy of the foregoing motion was sent via USPS Mail, Certified Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this **23th** day of **April 2020**.

      CORONA LAW FIRM, P.A.

      /s/ Ricardo Corona, Esq
      RICARDO CORONA, ESQ.
      Florida Bar No. 111333
      3899 NW 7 Street, Suite 202-B
      Miami, FL 33126
      (305) 547-1234 Phone
      (888) 554-5607 FaX

## Certificate of Mailing
## Case No. 19-24100-RAM

Sent by Electronic Notice
**Office of U.S. Trustee**
51 SW 1st Avenue, Suite 1204
Miami, FL 33130

Sent by Electronic Notice and Email
**Joel L. Tabas – Chapter 7 Trustee**

Tabas & Soloff, P.A.
Attorneys for Trustee
25 SE 2nd Avenue, Suite 248
Miami, FL 33131
Email: jtabas@tabasscoloff.com
jgraham@tabasscoloff.com
jcepero@tabasscoloff.com


Sent by U.S. Mail
**Yania Castro Bustamante**
11716 SW 18 Street, Apt 206
Miami, FL 33175-1692

Sent by U.S. Certified Mail
**PennyMac Loan Services, LLC**
Attn: Standford L. Lurland – Manager
3043 Townsgate Road, Suite 200
Westlake Village, CA 91361

Sent by U.S. Certified Mail
**PennyMac Loan Services, LLC**
CT Corporation System – Registered Agent
1200 South Pine Island Road
Plantation, FL 33324